IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BERTRAM HAHN**<br>1350 Beverly Road, Apt. 403<br>McLean, Virginia 22101<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br>Serve: Kenneth L. Wainstein, Esquire<br>United States Attorney for the<br>District of Columbia<br>555 4th Street, N.W.<br>Judiciary Center Building<br>Washington, D.C. 20001<br><br>and<br><br>**Alberto R. Gonzales,**<br>**Attorney General**<br>of the United States of America<br>10th St. & Constitution Ave., N.W.<br>Washington, D.C. 20530<br><br>Defendants. | Civil Action No. 06-0713 (ESH) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kevin Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

KEVIN ROBITAILLE,
Special Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4408
Washington, D.C. 20530
(202) 393-9895