IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BERTRAM HAHN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action Number: 06-0713 (ESH) |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case under the Federal Tort Claims Act 28 U.S.C. §§ 2671-2680 alleging medical malpractice.  Defendant respectfully moves this Court for a thirty (30) day enlargement of time through and including August 3, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion:

1. Defendant's answer, motion or other response to the Complaint is currently due July 3, 2006.

2. Defendant has been diligently working on this matter; however, defendant needs additional time to address the factual and legal claims raised by plaintiff.

3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4.  This is the first enlargement of time sought in this matter.

5.  Plaintiff through counsel have consented to this enlargement.

For these reasons, defendant requests that the Court grant this Motion for Enlargement of

Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BERTRAM HAHN**  **Plaintiff,**  v.  **UNITED STATES OF AMERICA**  **Defendant.** | )  )  )  )  )  ) Civil Action Number: 06-0713 (ESH)  )  )  )  )  )  )  )  ) |

**ORDER**

Upon consideration of Defendants' Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including August 3, 2006, to answer or otherwise respond to Plaintiffs' Complaint.

Dated this _____ day of _____, 2006.

                                                                      Ellen S. Huvelle
                                                                      United States District Judge

Copies to:
Parties via ECF