IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BERTRAM HAHN** : | |
| Plaintiff, : | |
| vs. : | Case Number: 1:06-CV-0713 (ESH) |
| **UNITED STATES OF AMERICA** : | |
| Defendant. : | |

### PLAINTIFF BERTRAM HAHN'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER

Plaintiff, Bertram Hahn, by and through his counsel, Shulman, Rogers, Gandal Pordy and Ecker, P.A., respectfully files this opposition to Defendant's Motion to Dismiss, or in the Alternative, to Transfer. In support of his opposition, Plaintiff respectfully submits the attached Memorandum of Points and Authorities in Support and a proposed order.

WHEREFORE, premises considered, Plaintiff respectfully requests that the Defendant's Motion to Dismiss, or in the Alternative, to Transfer be denied.

Respectfully submitted,

SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.


/s/
Karl J. Protil, Jr. (Bar No. 447934)
11921 Rockville Pike, 3rd Floor
Rockville, MD 20852
(301) 230-5200

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BERTRAM HAHN** | : | |
| Plaintiff, | : | |
| vs. | : | Case Number: 1:06-CV-0713 (ESH) |
| **UNITED STATES OF AMERICA** | : | |
| Defendant. | : | |

### ORDER

UPON CONSIDERATION of Defendant United States of America's Motion to Dismiss, or in the Alternative, to Transfer, and the Opposition thereto, and the entire record herein, it is this _____ day of _____ 2006, by the United States District Court for the District of Columbia,

ORDERED that the Defendant's Motion to Dismiss, or in the Alternative, to Transfer be and hereby is DENIED.

SO ORDERED.

_____
Judge Ellen S. Huvelle
United States District Court

Copies to:

Parties via ECF