

**Rehabilitation Institute
of Michigan**
Detroit Medical Center/Wayne State University



## Department of Physical Medicine and Rehabilitation

Nov. 28, 2005

Karl J. Protil, Jr., Esquire
Shulman, Rogers, Gandal, Pordy & Ecker P.A.
11921 Rockville Pike, Suite 300
Rockville, MD  20852-2743

Re:    Hahn v. U.S.A.

Dear Mr. Protil:
I have reviewed the comments of Dr. Maher and I have commented on her e-mail of
November 5. My comments are below her comments in each instance following her
comments in italic.

*a. It is quite likely that the stomach illness did contribute to the development of Guillain-
Barre syndrome (GBS).  It is usual that the development of the auto-immune mediated
syndrome triggered by any of several infections, as well perhaps as other causes, is
delayed some days after the guilty infection.  It is useful to remember that these are two
separate pathologic events, the first being very common and the second being a rare
result of the first.*
*I judge that this was a relatively severe manifestation of GBS, or perhaps more
accurately AMSAN (to be expounded upon below).  Had appropriate therapy not been
provided in a timely fashion, this patient might well have suffered more significant injury,
even death, as horrifying as that may be given his continuing debility.*
*It is certainly not true that "you...recover in a short time or die".  The word "usually" is
imprecise.  It may often be true that patients recover fully or nearly completely and
sometimes patients die, but the degree of severity of the syndrome(s) is extremely
variable, and for some severely ill patients survival is a victory or sorts.*

Unfortunately, this is an incorrect interpretation of the information. GBS is an
immunopathy, and as the body develops antibodies to either the myelin  or to the nerve
directly, it sets off an inflammatory cascade that results in the destruction of the nerve or

Rehabilitation Institute of Michigan
RM 822
261 Mack Blvd.
Detroit, MI 48201
313.966.0444
Fax 313.745.1063



EXHIBIT
2

myelin and either a conduction block or eventually Wallerian degeneration of the nerve fiber itself. The treatment consists of removing these antibodies from the blood stream either by plasma exchange, IVIg or less often by plasmapharesis ( Hughes RAC, Wijdicks EFM, Barohn R, Benson E, Cornblath DR, Hahn AF, Meythaler JM, Miller RG, Sladky JT, Stevens JC. Practice parameter: Immunotherapy for Guillain-Barré syndrome; Report of the Quality Standards Subcommittee of the American Academy of Neurology. *Neurology* 2003;61:736-40; Meythaler JM, DeVivo MJ, Braswell WC. Rehabilitation outcomes of patients who have developed Guillain-Barre Syndrome. *Am J Phys Med Rehabil* 1997;76:411-9; Meythaler JM. Rehabilitation of Guillain-Barre Syndrome: A review. *Arch Phys Med Rehabil* 1997;78:872-9).

There are principles to this treatment. First, once you have tied up or removed all their antibodies, adding more IVIg in one particular dose has a ceiling effect, it does no more good. Secondly, you can continue to make antibodies for up to several days. The five day recommendation of the practice guideline committee was developed so the drug was given over five days so that most patients would be treated for a long enough time that they do not make more antibodies after the original IVIg dose had been delivered. This also applies to the other treatments as well, although they may be more extended because they are more physiologically stressful.

*b. The standard for administration of IVIG at the time of these events was similar to that which pertains today. A useful pertinent reference is: van der Meche, FGA, NEJM 1992; 326: 1123-29 which was found as a primary source today on the Internet and obviously readily available in 2000. This standard was adhered to by the health care providers in LTC(R) Hahn's case. It is useful to note, and I will further comment below, that this basic fact seems to have been missed by the Claimant's expert witness. The standard is that a total of 2 gms per Kg body weight should be administered intravenously. A commonly rate of administration is 0.4 gm/Kg/day which would take 5 days to complete. However, depending on patient tolerance, it is quite permissible to speed up the administration as was done in this case.*

Again as stated above, by speeding up the treatment, one can miss the extended period of antibody production (Hughes RAC, Wijdicks EFM, Barohn R, Benson E, Cornblath DR, Hahn AF, Meythaler JM, Miller RG, Sladky JT, Stevens JC. Practice parameter: Immunotherapy for Guillain-Barré syndrome; Report of the Quality Standards Subcommittee of the American Academy of Neurology. *Neurology* 2003;61:736-40). None of the references support his statement. Interestingly he avoids citing the AAN practice guidelines committee recommendations on this topic listed above.

*c. The health care providers at WRAMC did not breach the standard of care at the time (May 2000). The WRAMC health care providers did respond appropriately to Mr. Hahn's GBS.*

Rehabilitation Institute of Michigan
RM 822
261 Mack Blvd.
Detroit, MI 48201
313.966.0444
Fax 313.745.1063

It is clear that the sooner one initiates treatment the more likely it will be successful. If one waits to long, then the antibodies have had considerable time to be produced and create the inflammatory immunopathy. Early diagnosis is important.

   *d. There was no failure of WRAMC health care providers in the questions raised. There was no delay in treatment that was not clinically indicated. The providers did hold IVIG therapy for several hours, after consultation with the Allergy service because of the reasonable concern for anaphylactic reaction to IVIG therapy in IgA deficient individuals. They are to be complemented for very promptly obtaining and IgA assay in the middle of the night, demonstrating no IgA deficiency (which occurs in one out of 500 individuals in the population and so is a reasonable concern when anaphylaxis is the risk) and initiating IVIG therapy within about twelve hour of the patient arriving at the door. An adequate amount if IVIG was administered over the course of about 37 hours (210 gm).*

IgA deficiency is a very rare condition, and does not usually lead to an anaphylactic reaction. The standards for treatment are to screen only when this is a concern. Furthermore, this indicates that the neurology service was not experienced in the use of IVIg. Finally, an electrophoresis study usually can be accomplished more quickly than the days it took the staff to run their test. Finally, he misses the point that when he was sent back from Bethesda Naval hospital, there was a recommendation to continue treatment that was ignored.

   *e. This question presumes that an inadequate dose was given - a false premise.*

To be more accurate, the patient was dosed for an inadequate period of time according to the level one guidelines (Hughes RAC, Wijdicks EFM, Barohn R, Benson E, Cornblath DR, Hahn AF, Meythaler JM, Miller RG, Sladky JT, Stevens JC. Practice parameter: Immunotherapy for Guillain-Barré syndrome; Report of the Quality Standards Subcommittee of the American Academy of Neurology. *Neurology* 2003;61:736-40).

   *f. One can never state with absolute certainty how a case might have gone if appropriate therapy had not been rendered. As a neurologist who has taken care of my share of ACUTE cases of GBS, the evidence in this case, in my opinion, strongly argues for a much worse outcome had the therapy rendered not been available. I have seen such cases before the availability of modern therapy and they were very sad.*

This is true, however, the earlier treatment it is more likely than not a better result will happen (Hughes RAC, Wijdicks EFM, Barohn R, Benson E, Cornblath DR, Hahn AF, Meythaler JM, Miller RG, Sladky JT, Stevens JC. Practice parameter: Immunotherapy for Guillain-Barré syndrome; Report of the Quality Standards Subcommittee of the

Rehabilitation Institute of Michigan
RM 822
261 Mack Blvd.
Detroit, MI 48201
313.966.0444
Fax 313.745.1063

American Academy of Neurology. *Neurology* 2003;61:736-40;  Meythaler JM, DeVivo MJ, Braswell WC.  Rehabilitation outcomes of patients who have developed Guillain-Barre Syndrome. *Am J Phys Med Rehabil* 1997;76:411-9; Hughes RAC, Wijdicks EFM, Benson E, Cornblath DR, Hahn AF, Meythaler JM,  Sladky JT, Barohn RJ, Stevens JC. Supportive care for patients with Guillain-Barre Syndrome. *Arch Neurol* 2005;62:1194-8).

*g. Dr. Jay Meythaler is both an attorney and a physiatrist.  I am convinced he is an expert in both.  Certainly he is an expert in the rehabilitation of Guillain-Barre patients after their acute attack.  Evidence for this is his co-authorship, with several prominent neurologists, of the guidelines for the care of GBS patients that is the standard maintained by the American Academy of Neurology.  Significantly, those guidelines are not specific about the dose or duration of IVIG therapy.  However, he is not a neurologist and has made some rather elementary errors in the statement (letter dated 31 Jan 2005) made available for my review.*

I appreciate the kind words. However, the paper referenced concerned the acute treatment guidelines, of which I participated on ( Hughes RAC, Wijdicks EFM, Benson E, Cornblath DR, Hahn AF, Meythaler JM,  Sladky JT, Barohn RJ, Stevens JC. Supportive care for patients with Guillain-Barre Syndrome. *Arch Neurol* 2005;62:1194-8). Furthermore, most human studies support that the time period to disease nadir correlates with outcome. In essence the longer the period the antibodies are produced, the more the damage (Meythaler JM.  Rehabilitation of Guillain-Barre Syndrome:  A review.  *Arch Phys Med Rehabil* 1997;78:872-9, Ropper AH.  The Guillain-Barre Syndrome.  <u>N Engl J Med.</u>  1992; 326: 1130-1136). The point of maximal neurologic dysfunction is reported as the " disease nadir."  The average period from the clinical onset symptoms to nadir of illness is 8 days.  The point of disease nadir has frequently been referred to as the point where outcome and therapeutic intervention has been considered critical (McKhann GM. Guillain-Barre syndrome:  Clinical and therapeutic observations. <u>Ann Neurol</u> 1990; 27:S13-S16). In fact in paraproteinemias, which have a similar mechanism of action, effective treatment requires repeated treatments to prevent the reaccumalation of proteins and antibodies ( Latov N.  Prognosis of Neuropathy with monoclonal gammopathy. Muscle & Nerve 2000;23:150-2).

*He criticized the delay in IVIG initiation, but as I noted there were good clinical reasons for doing so that he missed in the record.  He mis-identifies the time that IVIG was actually ordered.*

Again, delays in treatment may result in worse outcomes. Many institutions will not intervene with plasmapheresis/plasma exchange or IVIg if the patient has already begun to obtain neurological recovery or has not deteriorated neurologically for several days. More work is necessary to delineate whether late intervention after the point of disease

Rehabilitation Institute of Michigan
RM 822
261 Mack Blvd.
Detroit, MI 48201
313.966.0444
Fax 313.745.1063

nadir is useful (Meythaler JM. Acute and Chronic Inflammatory Demyelinating Polyneuropathies. *Spinal Cord Injury Medicine.* Kirshblum S, Campagnolo D, DeLisa J, Eds. Lippincott Williams & Wilkins, Philadelphia, Pennsylvania. 2002 pp. 565-77).

In my opinion the treatment did not follow the Standard of Care warranted for an acute GBS patient and more likely than not resulted in further neurological deficits.

Respectfully yours,

Jay M. Meythaler, MD, JD
Professor-Chair
Dept. Physical Medicine and Rehabilitation
Wayne State University
School of Medicine
Rm 822 Rehabilitation Institute of Michigan
Detroit, MI 48201
Phone # (313)966-0444
Fax # (313) 745-2376

Rehabilitation Institute of Michigan
RM 822
261 Mack Blvd.
Detroit, MI 48201
313.966.0444
Fax 313.745.1063