IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERTRAM HAHN | : |
| Plaintiff, | : |
| vs. | : Case Number: 1:06-CV-0713 (ESH) |
| UNITED STATES OF AMERICA | : |
| Defendant. | : |

**DECLARATION OF BERTRAM HAHN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO THE DEFENDANT'S
MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER**

1. The undersigned declarant, being over 18 years of age and competent to testify in court of law, upon personal knowledge, deposes and states as follows:

2. I am over eighteen years old and I reside at 1350 Beverly Road, Apt. 403, McLean, VA 22101.

3. I am retired from the United States military.

4. On or about May 17, 2000, I presented to Bethesda National Naval Medical Center ("BNNMC") with severe weakness in my limbs.

5. The health care providers at BNNMC quickly diagnosed me with Guillain-Barre Syndrome ("GBS").

6. At approximately 17:00 on May 17, 2000, I was transferred to Walter Reed Army Medical Center ("WRAMC") when a bed became available.

7. At WRAMC, the original diagnosis of GBS was confirmed, and treatment with intravenous immunoglobulin ("IVIg") was started on May 18, 2000.


EXHIBIT 4

8. At this point, the paralysis was spreading and severely affecting all of my limbs and I was still in a state of decline. The health care providers became concerned that the paralysis may affect my breathing.

9. Unfortunately, the intensive care unit at WRAMC was full and I was transferred back to BNNMC where I was admitted to the intensive care unit.

10. I did not know it at the time, but the order for IVIg from WRAMC specifically ordered treatment with IVIg for five (5) days to effectively treat the GBS.

11. I was not aware of the order or its implementation as I had no medical training, was in poor health, and was being treated with an IV and by other means. Given these facts, I assumed I was being appropriately treated.

12. I stayed in the intensive care unit until May 21, 2000, at which point I was transferred to the medical ward at BNNMC awaiting return to WRAMC.

13. On May 23, 2000, I was transferred to the rehabilitation ward at WRAMC.

14. I was discharged from treatment for GBS from WRAMC in June 2001, although I continued to have followup care with WRAMC.

15. Since the discharge, I consulted various health care providers outside the military health care system to follow up on rehabilitation for my condition.

16. The various health care providers asked when I started back of the IVIg after the initial administration, or if I had ever been given a plasma exchange subsequent to treatment with IVIg.

17. I responded that I had not received any subsequent treatment with IVIg or a plasma exchange.

18. In August 2003, I met with Dr. Jay Meythaler at the University of Alabama School of Medicine in Birmingham, Alabama regarding enrollment in the Clinical Trial Drug Study for GBS.

19. During the course of my meeting with Dr. Meythaler and enrolling in the Trial Drug Study, a medical history regarding the previous treatment for GBS at BNNMC and WRAMC was given to him and he wanted to review my medical records. I provided the medical records to him.

20. I advised Dr. Meythaler that the GBS was quickly diagnosed, that I was administered IVIg, and that there was no follow up treatment.

21. Three days after the August 2003 meeting with Dr. Meythaler, I contacted Dr. Meythaler and learned that I did not receive the standard treatment as ordered in the records. This was unknown to me until this time as I had no conception as to what the standard treatment should have been for GBS.

22. I learned that the standard treatment protocol to treat GBS required five (5) days regimen of IVIg.

23. Further investigation revealed that I had been administered IVIg for only twenty-six (26) hours or less.

24. Learning of this fact, on or about September 22, 2003, I wrote a letter to WRAMC, Patient Affairs Office.

25. Receiving no satisfactory response from the Patient Affairs Office at WRAMC, I engaged counsel in late February 2004 to pursue a possible claim against the United States.

26. On or about February 26, 2004, I filed a claim with the Department of Navy Claims Services and the Department of Army Claims Services because I had received treatment at both institutions.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on September 14, 2006

_____
BERTRAM HAHN