IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERTRAM HAHN       ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.        ) | Civil Action Number: 06-0713 (ESH) |
| ) | |
| UNITED STATES OF AMERICA    ) | |
| ) | |
| Defendant.    ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE ITS REPLY**

Plaintiff brings this case under the Federal Tort Claims Act 28 U.S.C. §§ 2671-2680 alleging medical malpractice. Defendant respectfully moves this Court for a fourteen (14) day enlargement of time through and including October 9 5, 2006, within which reply to Plaintiff's opposition to Defendant's Motion to Dismiss or to Transfer. Good cause exists to grant this motion:

1. Defendant's reply is currently due September 25, 2006.

2. Defendant has been diligently working on this matter; however, defendant needs additional time to address the factual and legal claims raised by plaintiff.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought regarding this reply.

5. Defendant has attempted to contact Plaintiff's counsel to gain his consent to this enlargement, but has been unable to reach him.

For these reasons, defendant requests that the Court grant this Motion for Enlargement of Time Within Which to Reply. A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERTRAM HAHN | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action Number: 06-0713 (ESH) |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of Defendants' Motion for an Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or to Transfer

ORDERED that Defendants' Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including October 9, 2006, to file its reply.

Dated this _____ day of _____, 2006.

                                      Ellen S. Huvelle
                                      United States District Judge

Copies to:
Parties via ECF