UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BERTRAM HAHN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0713 (ESH) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the pleadings and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion to dismiss or, in the alternative, to transfer [Dkt. #5] is **GRANTED**; and it is

**FURTHER ORDERED** that the Clerk's Office is to transfer the above-captioned action to the Greenbelt Division of the United States District Court for the District of Maryland.

**SO ORDERED.**

                                                /s/
                                        ELLEN SEGAL HUVELLE
                                        United States District Judge

DATE:  October 23, 2006